| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | **Sonia Rykiel, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Lola Realty, Inc.** **FKA  Salome Realty, Inc.** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-3875275** | |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5 East 57th Street** **14th Floor** **New York, NY 10022** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** | **Location of principal assets, if different from principal place of business** |
| | | County | **Showroom** **816 Madison Avenue New York, NY 10065** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | **www.soniarykiel.com/en_us/** |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Sonia Rykiel, Inc.** | | Case number (*if known*) | |
| | Name | | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4812__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | | | Relationship | |
| District | | When | Case number, if known | |

Debtor    **Sonia Rykiel, Inc.**
_____                                    Case number (*if known*) _____
Name

---

**11.  Why is the case filed in**
**this district?**                    *Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**          ■ No
**have possession of any**
**real property or personal**       ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

█    **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
**available funds**
☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**       ■ 1-49                     ☐ 1,000-5,000            ☐ 25,001-50,000
**creditors**                  ☐ 50-99                    ☐ 5001-10,000            ☐ 50,001-100,000
☐ 100-199                  ☐ 10,001-25,000          ☐ More than100,000
☐ 200-999

---

**15.  Estimated Assets**          ☐ $0 - $50,000             ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16.  Estimated liabilities**     ☐ $0 - $50,000             ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000       ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

4/16/19  2:14PM

Debtor    **Sonia Rykiel, Inc.**                                          Case number (*if known*) _____
      Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 16, 2019**
            MM / DD / YYYY

**X** **/s/ Pieter Oosting** _____    **Pieter Oosting** _____
Signature of authorized representative of debtor    Printed name

Title    **President** _____

---

**18. Signature of attorney**

**X** **/s/ Kathleen M. Aiello** _____    Date    **April 16, 2019** _____
Signature of attorney for debtor                       MM / DD / YYYY

**Kathleen M. Aiello** _____
Printed name

**Fox Rothschild LLP** _____
Firm name

**101 Park Avenue**
**Suite 1700**
**New York, NY 10178** _____
Number, Street, City, State & ZIP Code

Contact phone    **(212) 878-7900** _____    Email address    **kaiello@foxrothschild.com** _____

**772190 NY** _____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name        **Sonia Rykiel, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 16, 2019**            X  */s/ Pieter Oosting*
                                             Signature of individual signing on behalf of debtor

                                             **Pieter Oosting**
                                             Printed name

                                             **President**
                                             Position or relationship to debtor

4/16/19  2:14PM

**Fill in this information to identify the case:**

Debtor name    **Sonia Rykiel, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..............................................................................    $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................    $ _____ 2,412,691.24

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................    $ _____ 2,412,691.24

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ 0.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ 16,796.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____ 11,838,042.54

4.  Total liabilities ....................................................................................................
   Lines 2 + 3a + 3b                                                                     $ _____ 11,854,838.54

**Fill in this information to identify the case:**

Debtor name      **Sonia Rykiel, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.       **Cash on hand** | **$1,632.00** |

3.       **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | **9021** | **$635.71** |
| 3.2. | **HSBC Bank** | **Checking** | **2307** | **$5,680.20** |
| 3.3. | **Chase Bank (Ex Lola)** | **Checking** | **6198** | **$9,159.61** |
| 3.4. | **Bank of America (Ex Lola)** | **Checking** | **0958** | **$5,117.00** |

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**                                                        | **$22,224.52** |
          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

| Debtor | **Sonia Rykiel, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

   7.1.  **Security Deposit for Office Lease (57th Street)**        $42,985.86

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

   8.1.  **Prepayment**        $104,509.00

9. **Total of Part 2.**        $147,494.86
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 215,348.00 | - | 0.00 | = .... | $215,348.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 218,576.00 | - | 0.00 | =.... | $218,576.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**        $433,924.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |

Debtor     **Sonia Rykiel, Inc.**                                    Case number *(If known)* _____
           Name

| 21. | **Finished goods, including goods held for resale** **Inventory located at Stellae (off site location)** | | $756,636.00 | Purchase Price | $756,636.00 |
|---|---|---|---|---|---|
| | **Located at Showroom:** **816 Madison Ave** **New York, NY  10065** | | $466,407.00 | | $466,407.00 |
| | **Located at:** **Bloomingdales** **225 Boylston Street, Mall** **Chestnut Hill,** **Massachusetts 02467** | | $42,794.00 | | $42,794.00 |
| | **Located at** **Bloomingdales - 59th Street** **1000 Third Avenue** **New York, New York 10022** | | $98,597.00 | | $98,597.00 |
| 22. | **Other inventory or supplies** **Freight, Custom and Duty in Inventory** | | $352,016.00 | Rolling Average | $352,016.00 |

| 23. | **Total of Part 5.** | | $1,716,450.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                    page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Sonia Rykiel, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 39. | **Office furniture** | | |
| 40. | **Office fixtures**<br>**Mainly concerning Madison Avenue**<br>**Showroom  (See Attached Inventory)** | **$92,597.86** | **$92,597.86** |
| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**Software** | **Unknown** | **$0.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |

| 43. | **Total of Part 7.** | | **$92,597.86** |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| Debtor | **Sonia Rykiel, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

<div style="background-color:black;color:white;">Part 12:</div>  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $22,224.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $147,494.86 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $433,924.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,716,450.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $92,597.86 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,412,691.24 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,412,691.24 |

| Inventory of Furniture, Fixtures and Equipment | | | | | |
|---|---|---|---|---|---|
| Description | Enabling date | Somme de Accounting base | Cumulative Depreciation as of 02/28/19 | Somme de Depreciation | Somme de Cumulative Dep. 03/31/2019 | Somme de Net Value |
| GARLAND CONCEPT WINDOWS SS17 | 2/2/2017 | 2,750.00 | 2,750.00 | 0.00 | 2,750.00 | 0.00 |
| FIXTURES & FITTINGS | 1/1/2017 | 3,400.00 | 3,400.00 | 0.00 | 3,400.00 | 0.00 |
| LAYOUT CAPUSLE COLLECTION WINDOW | 3/20/2017 | 5,662.50 | 5,662.50 | 0.00 | 5,662.50 | 0.00 |
| LIGHTING FEES | 2/25/2016 | 746.90 | 746.90 | 0.00 | 746.90 | 0.00 |
| WIRING PHONE SYSTEM | 2/25/2016 | 2,250.00 | 2,250.00 | 0.00 | 2,250.00 | 0.00 |
| ALARM SYSTEM INSTALLATION | 2/25/2016 | 2,289.09 | 2,289.09 | 0.00 | 2,289.09 | 0.00 |
| ARCHITECT FEES | 2/25/2016 | 27,840.00 | 27,840.00 | 0.00 | 27,840.00 | 0.00 |
| LOCKSMITHING | 2/29/2016 | 2,559.65 | 2,559.65 | 0.00 | 2,559.65 | 0.00 |
| ARCHITECT FEES | 2/25/2016 | 11,656.05 | 11,656.05 | 0.00 | 11,656.05 | 0.00 |
| CONSTRUCTION MANAGEMENT FEES | 2/25/2016 | 3,000.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 |
| POWER SUPPLY | 3/26/2016 | 4,088.36 | 4,088.36 | 0.00 | 4,088.36 | 0.00 |
| STORE FRONT | 9/1/2016 | 5,813.93 | 5,813.93 | 0.00 | 5,813.93 | 0.00 |
| SOUND SYSTEM | 12/1/2016 | 1,976.08 | 1,976.08 | 0.00 | 1,976.08 | 0.00 |
| SOUND SYSTEM | 9/1/2017 | 728.09 | 647.64 | 80.45 | 728.09 | 0.00 |
| | | 74,760.65 | 74,680.20 | 80.45 | 74,760.65 | 0.00 |
| SAMSUNG MONITOR | 3/20/2017 | 4,055.00 | 4,055.00 | 0.00 | 4,055.00 | 0.00 |
| SAMSUNG 48" MONITOR ON CEILING | 3/20/2017 | 4,825.00 | 4,825.00 | 0.00 | 4,825.00 | 0.00 |
| DELL COMPUTER | 2/25/2016 | 1,326.07 | 1,259.64 | 66.43 | 1,326.07 | 0.00 |
| DELL OPTIPLEX 3020 M | 2/25/2016 | 1,304.30 | 1,238.97 | 65.33 | 1,304.30 | 0.00 |
| JIFFY PRO-LINE CIAL CLOTHING STEAMER | 2/25/2016 | 664.56 | 664.56 | 0.00 | 664.56 | 0.00 |
| SAFESCAN TA-8025 | 2/25/2016 | 615.99 | 615.99 | 0.00 | 615.99 | 0.00 |
| DELL LATITUDE E5550 | 4/1/2016 | 717.49 | 717.49 | 0.00 | 717.49 | 0.00 |
| | | 13,508.41 | 13,376.65 | 131.76 | 13,508.41 | 0.00 |
| SPANGLES BEADED CURTAIN | 2/2/2017 | 1,372.11 | 1,372.11 | 0.00 | 1,372.11 | 0.00 |
| CARPET WALLS | 3/20/2017 | 1,325.00 | 1,325.00 | 0.00 | 1,325.00 | 0.00 |
| MANNEQUINS | 2/25/2016 | 4,260.00 | 4,260.00 | 0.00 | 4,260.00 | 0.00 |
| CORNER FURNITURES | 2/25/2016 | 37,550.99 | 37,550.99 | 0.00 | 37,550.99 | 0.00 |
| INTERIOR DESIGN | 2/25/2016 | 207,399.40 | 207,399.40 | 0.00 | 207,399.40 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MILLWORK PRODUCTION | 2/25/2016 | 83,420.03 | 83,420.03 | 0.00 | 83,420.03 | 0.00 |
| WOODEN & STAINLESS FURNITURES | 2/25/2016 | 15,829.27 | 15,829.27 | 0.00 | 15,829.27 | 0.00 |
| WINDOW ELEMENTS | 2/25/2016 | 7,240.19 | 7,240.19 | 0.00 | 7,240.19 | 0.00 |
| WINDOW ELEMENTS | 2/25/2016 | 13,255.53 | 13,255.53 | 0.00 | 13,255.53 | 0.00 |
| CARPET | 2/25/2016 | 13,513.59 | 13,513.59 | 0.00 | 13,513.59 | 0.00 |
| CARPET LAYING | 2/25/2016 | 2,069.15 | 2,069.15 | 0.00 | 2,069.15 | 0.00 |
| POLISHED STAINLESS STELL SUPPORT | 2/25/2016 | 1,120.41 | 1,120.41 | 0.00 | 1,120.41 | 0.00 |
| 2 MANNEQUINS | 2/25/2016 | 3,383.00 | 3,383.00 | 0.00 | 3,383.00 | 0.00 |
| SWIVEL POD CHAIRS-A PAIR | 2/25/2016 | 1,224.00 | 1,224.00 | 0.00 | 1,224.00 | 0.00 |
| SOFA | 2/25/2016 | 4,600.00 | 4,600.00 | 0.00 | 4,600.00 | 0.00 |
| UNIVERSAL SHELVING SYSTEM | 2/25/2016 | 3,965.24 | 3,965.24 | 0.00 | 3,965.24 | 0.00 |
| TABLES HAVING A "C" | 2/25/2016 | 4,899.38 | 4,899.38 | 0.00 | 4,899.38 | 0.00 |
| SOFA & ARMCHAIRS | 2/25/2016 | 9,602.04 | 9,602.04 | 0.00 | 9,602.04 | 0.00 |
| BOOKS | 2/25/2016 | 3,050.28 | 3,050.28 | 0.00 | 3,050.28 | 0.00 |
| CHAIRS & FURNITURE LEGS | 2/25/2016 | 1,127.11 | 1,127.11 | 0.00 | 1,127.11 | 0.00 |
| BOOKS | 2/25/2016 | 2,248.61 | 2,248.61 | 0.00 | 2,248.61 | 0.00 |
| MANNEQUINS RED GLOSS | 2/25/2016 | 8,550.00 | 8,550.00 | 0.00 | 8,550.00 | 0.00 |
| MANNEQUINS RED GLOSS | 2/25/2016 | 1,400.00 | 1,400.00 | 0.00 | 1,400.00 | 0.00 |
| FABRIC WRAP & DISCO BALLS | 11/13/2016 | 5,240.00 | 2,236.31 | 258.41 | 2,494.72 | 2,745.28 |
| IPAD FOR MADISON | 6/30/2017 | 574.86 | 173.24 | 28.35 | 201.59 | 373.27 |
| CARPET | 12/31/2018 | 6,251.28 | 11.42 | 1,027.61 | 1,039.03 | 5,212.25 |
| MADISON CARPET | 12/1/2018 | 8,560.00 | 484.68 | 1,407.13 | 1,891.81 | 6,668.19 |
| MADISON FURNITURE | 1/31/2019 | 425.66 | 0.00 | 46.65 | 46.65 | 379.01 |
| | | 453,457.13 | 435,310.98 | 2,768.15 | 438,079.13 | 15,378.00 |
| | | 541,726.19 | 523,367.83 | 2,980.36 | 526,348.19 | 15,378.00 |
| DESIGN FEES | 4/10/2015 | 12,248.44 | 9,134.32 | 604.03 | 9,738.35 | 2,510.09 |
| ARCHITECT FEES-PLANS | 4/10/2015 | 3,164.48 | 2,359.93 | 156.06 | 2,515.99 | 648.49 |
| | | 15,412.92 | 11,494.25 | 760.09 | 12,254.34 | 3,158.58 |
| DELL | 4/10/2015 | 2,532.09 | 2,532.09 | 0.00 | 2,532.09 | 0.00 |
| | | 2,532.09 | 2,532.09 | 0.00 | 2,532.09 | 0.00 |
| MANNEQUINS | 4/10/2015 | 8,101.53 | 6,041.76 | 399.53 | 6,441.29 | 1,660.24 |
| HIGH WALL PANELS | 4/10/2015 | 1,419.43 | 1,058.56 | 70.00 | 1,128.56 | 290.87 |
| CASH DESK | 4/10/2015 | 8,511.16 | 6,347.22 | 419.73 | 6,766.95 | 1,744.21 |
| WALL PANELS | 4/10/2015 | 9,057.36 | 6,754.55 | 446.66 | 7,201.21 | 1,856.15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BEARINGS | 4/10/2015 | 5,086.90 | 3,793.57 | 250.86 | 4,044.43 | 1,042.47 |
| LOGO | 4/10/2015 | 912.09 | 680.20 | 44.98 | 725.18 | 186.91 |
| DESK ACCESSORIES | 4/10/2015 | 3,013.35 | 2,247.22 | 148.60 | 2,395.82 | 617.53 |
| CASH DESK | 4/10/2015 | 5,957.43 | 4,442.79 | 293.79 | 4,736.58 | 1,220.85 |
| CORNER SR CHESNUT HILL | 4/10/2015 | 28,227.81 | 21,050.98 | 1,392.06 | 22,443.04 | 5,784.77 |
| CASHWRAP | 8/24/2016 | 3,070.63 | 1,446.39 | 151.43 | 1,597.82 | 1,472.81 |
| | | 73,357.69 | 53,863.24 | 3,617.64 | 57,480.88 | 15,876.81 |
| | | 91,302.70 | 67,889.58 | 4,377.73 | 72,267.31 | 19,035.39 |
| LIC. RETAIL PRO | 1/1/2005 | 5,547.62 | 5,547.62 | 0.00 | 5,547.62 | 0.00 |
| | | 5,547.62 | 5,547.62 | 0.00 | 5,547.62 | 0.00 |
| ARCHITECT FEES | 8/3/2014 | 9,567.40 | 8,445.52 | 471.82 | 8,917.34 | 650.06 |
| CONSULTING SERVICES | 8/3/2014 | 25,000.00 | 22,068.49 | 1,232.88 | 23,301.37 | 1,698.63 |
| ARCHITECTURAL SERVICES | 8/3/2014 | 36,000.00 | 31,778.63 | 1,775.34 | 33,553.97 | 2,446.03 |
| FEES FOR FIRE ALARM DRAWING | 8/3/2014 | 10,200.00 | 9,003.95 | 503.01 | 9,506.96 | 693.04 |
| FEES - ASBESTOS ASSESST & ISSUANCE ACP-5 | 8/3/2014 | 2,000.00 | 1,765.48 | 98.63 | 1,864.11 | 135.89 |
| DESIGN FEES | 8/3/2014 | 50,305.54 | 44,406.71 | 2,480.82 | 46,887.53 | 3,418.01 |
| ALTERATION WORK | 8/3/2014 | 400,657.00 | 353,675.85 | 19,758.43 | 373,434.28 | 27,222.72 |
| CONSTRUCTION ADM.SERVICES | 8/3/2014 | 12,000.00 | 10,592.88 | 591.78 | 11,184.66 | 815.34 |
| SPECIAL INSPECTION SPRINKLER SYSTEMS | 8/3/2014 | 1,200.00 | 1,059.29 | 59.18 | 1,118.47 | 81.53 |
| FLOOR GRAPHICS | 10/4/2016 | 2,912.41 | 1,306.60 | 143.63 | 1,450.23 | 1,462.18 |
| LIGHTING DESIGN | 3/1/2019 | 4,507.32 | 0.00 | 25.52 | 25.52 | 4,481.80 |
| | | 554,349.67 | 484,103.40 | 27,141.04 | 511,244.44 | 43,105.23 |
| LAPTOP LATITUDE 15 WIN.7 | 8/3/2014 | 1,126.86 | 1,126.86 | 0.00 | 1,126.86 | 0.00 |
| RACK TAB FOOT PLATE & SERVICES | 1/16/2015 | 1,513.49 | 1,513.49 | 0.00 | 1,513.49 | 0.00 |
| COMPUTER | 9/30/2017 | 1,228.10 | 513.67 | 100.94 | 614.61 | 613.49 |
| PRINTER | 6/30/2018 | 413.71 | 41.94 | 20.40 | 62.34 | 351.37 |
| | | 4,282.16 | 3,195.96 | 121.34 | 3,317.30 | 964.86 |
| FURNITURES | 8/3/2014 | 103,462.98 | 91,330.90 | 5,102.28 | 96,433.18 | 7,029.80 |
| MANNEQUINS | 8/3/2014 | 5,818.31 | 5,136.05 | 286.93 | 5,422.98 | 395.33 |
| FITTING ROOM STOOL AND BENCH | 8/3/2014 | 3,422.20 | 3,020.91 | 168.77 | 3,189.68 | 232.52 |
| CARPET | 8/3/2014 | 4,442.10 | 3,921.22 | 219.06 | 4,140.28 | 301.82 |
| ARMCHAIR | 8/3/2014 | 6,871.96 | 6,066.14 | 338.90 | 6,405.04 | 466.92 |
| STORAGE DOOR & CABINET MODIFICATION | 10/23/2015 | 6,553.45 | 4,183.44 | 323.18 | 4,506.62 | 2,046.83 |
| SHOP SIGN | 11/23/2015 | 3,416.80 | 2,123.10 | 168.50 | 2,291.60 | 1,125.20 |

| | | | | | |
|---|---|---|---|---|---|
| STORAGE DOOR & CABINET MODIFICATION | 3/7/2016 | 3,256.18 | 1,836.28 | 160.58 | 1,996.86 | 1,259.32 |
| FURNITURE | 9/20/2016 | 6,695.81 | 3,055.19 | 330.20 | 3,385.39 | 3,310.42 |
| | | 143,939.79 | 120,673.23 | 7,098.40 | 127,771.63 | 16,168.16 |
| | | 708,119.24 | 613,520.21 | 34,360.78 | 647,880.99 | 60,238.25 |
| COMPUTER | 11/30/2017 | 1,130.11 | 409.73 | 92.88 | 502.61 | 627.50 |
| COMPUTER | 1/31/2018 | 1,632.04 | 499.30 | 134.14 | 633.44 | 998.60 |
| | | 2,762.15 | 909.03 | 227.02 | 1,136.05 | 1,626.10 |
| | | 2,762.15 | 909.03 | 227.02 | 1,136.05 | 1,626.10 |
| VARIOUS | 1/7/1989 | 152,211.00 | 150,617.32 | 392.96 | 151,010.28 | 1,200.72 |
| GLASS DOOR | 3/1/1989 | 6,100.00 | 5,847.16 | 48.52 | 5,895.68 | 204.32 |
| WATER KENUL | 12/31/1991 | 400.00 | 350.60 | 3.18 | 353.78 | 46.22 |
| WATER KENUL | 1/31/1992 | 400.00 | 350.60 | 3.18 | 353.78 | 46.22 |
| FIRE HOUSE | 5/31/1994 | 400.00 | 319.60 | 3.18 | 322.78 | 77.22 |
| D.KRUGER | 5/31/1994 | 750.00 | 590.80 | 5.97 | 596.77 | 153.23 |
| LEASEHOLD IMPROVEMENTS | 10/29/1999 | 1,220.00 | 594.00 | 7.52 | 601.52 | 618.48 |
| LEASEHOLD IMPROVEMENTS | 2/3/1999 | 2,225.00 | 1,127.48 | 13.71 | 1,141.19 | 1,083.81 |
| LEASEHOLD IMPROVEMENTS | 2/11/1999 | 3,000.00 | 1,529.76 | 18.97 | 1,548.73 | 1,451.27 |
| LEASEHOLD IMPROVEMENTS | 2/11/1999 | 2,225.00 | 1,134.59 | 14.07 | 1,148.66 | 1,076.34 |
| LEASEHOLD IMPROVEMENTS | 4/6/1999 | 4,580.00 | 2,307.72 | 28.96 | 2,336.68 | 2,243.32 |
| LEASEHOLD IMPROVEMENTS | 8/18/1999 | 2,615.00 | 1,298.93 | 16.53 | 1,315.46 | 1,299.54 |
| CARPETING | 6/29/2006 | 20,391.00 | 20,391.00 | 0.00 | 20,391.00 | 0.00 |
| SHOWROOM | 8/1/2006 | 42,900.00 | 42,900.00 | 0.00 | 42,900.00 | 0.00 |
| SHOWROOM | 6/12/2007 | 9,075.00 | 9,075.00 | 0.00 | 9,075.00 | 0.00 |
| SHOWROOM | 9/12/2008 | 5,788.00 | 5,788.00 | 0.00 | 5,788.00 | 0.00 |
| AIR CONDITIONING | 7/30/2009 | 30,900.00 | 19,059.00 | 507.95 | 19,566.95 | 11,333.05 |
| LEASEHOLD IMPROVEMENTS | 11/19/2012 | 2,050.00 | 827.71 | 33.92 | 861.63 | 1,188.37 |
| LEASEHOLD IMPROVEMENTS | 11/1/2012 | 5,650.00 | 2,285.40 | 93.90 | 2,379.30 | 3,270.70 |
| LEASEHOLD IMPROVEMENTS | 6/1/2013 | 4,848.00 | 1,805.49 | 79.69 | 1,885.18 | 2,962.82 |
| SHOWROOM/ELEVATOR HALL | 11/13/2014 | 4,497.00 | 1,236.20 | 73.92 | 1,310.12 | 3,186.88 |
| GLASS MIRRORS | 12/15/2014 | 1,688.00 | 464.12 | 27.75 | 491.87 | 1,196.13 |
| LEASEHOLD IMPROVEMENT | 12/1/2017 | 63,281.12 | 4,577.04 | 1,040.24 | 5,617.28 | 57,663.84 |
| | | 367,194.12 | 274,477.52 | 2,414.12 | 276,891.64 | 90,302.48 |
| DIGITAL CAMERA | 2/10/2003 | 669.00 | 669.00 | 0.00 | 669.00 | 0.00 |
| SHELVES | 3/13/2003 | 642.00 | 642.00 | 0.00 | 642.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VPN | 5/30/2009 | 695.00 | 695.00 | 0.00 | 695.00 | 0.00 |
| COOLING/AC | 4/27/2005 | 978.00 | 978.00 | 0.00 | 978.00 | 0.00 |
| COMPUTER | 4/21/2006 | 9,927.00 | 9,927.00 | 0.00 | 9,927.00 | 0.00 |
| TELEPHONE | 4/28/2006 | 762.00 | 762.00 | 0.00 | 762.00 | 0.00 |
| FLAT PANEL | 1/26/2007 | 2,036.00 | 2,036.00 | 0.00 | 2,036.00 | 0.00 |
| COMPUTER | 4/30/2008 | 9,582.00 | 9,582.00 | 0.00 | 9,582.00 | 0.00 |
| MANNEQUINS | 9/16/2010 | 6,678.00 | 6,678.00 | 0.00 | 6,678.00 | 0.00 |
| COMPUTER | 3/30/2011 | 1,126.00 | 1,126.00 | 0.00 | 1,126.00 | 0.00 |
| COMPUTER | 10/28/2011 | 1,178.00 | 1,178.00 | 0.00 | 1,178.00 | 0.00 |
| COMPUTER NEW ADDITION | 9/26/2013 | 1,216.00 | 1,216.00 | 0.00 | 1,216.00 | 0.00 |
| COMPUTER NEW ADDITION | 12/31/2013 | 882.00 | 882.00 | 0.00 | 882.00 | 0.00 |
| DESKTOP | 4/28/2014 | 897.00 | 897.00 | 0.00 | 897.00 | 0.00 |
| DELL OPTIPLEX 9020 | 11/19/2014 | 1,039.00 | 1,039.00 | 0.00 | 1,039.00 | 0.00 |
| LAP TOP | 1/1/2016 | 1,392.48 | 1,392.48 | 0.00 | 1,392.48 | 0.00 |
| | | 39,699.48 | 39,699.48 | 0.00 | 39,699.48 | 0.00 |
| DESK | 12/15/1999 | 2,226.00 | 2,226.00 | 0.00 | 2,226.00 | 0.00 |
| CHAIR | 12/31/1999 | 1,682.00 | 1,682.00 | 0.00 | 1,682.00 | 0.00 |
| LIGHT FIXTURE | 6/21/2002 | 4,600.00 | 4,600.00 | 0.00 | 4,600.00 | 0.00 |
| TABLE | 2/10/2003 | 465.00 | 465.00 | 0.00 | 465.00 | 0.00 |
| CABINETS | 3/12/2003 | 1,079.00 | 1,079.00 | 0.00 | 1,079.00 | 0.00 |
| QWEST | 3/25/2013 | 617.00 | 617.00 | 0.00 | 617.00 | 0.00 |
| REFRIGERATOR | 9/28/2005 | 502.00 | 502.00 | 0.00 | 502.00 | 0.00 |
| MACY'S BOUTIQUE | 11/1/2006 | 3,166.00 | 3,166.00 | 0.00 | 3,166.00 | 0.00 |
| TABLE | 6/12/2008 | 5,264.00 | 5,264.00 | 0.00 | 5,264.00 | 0.00 |
| ROLLING ROCK | 7/1/2010 | 4,230.00 | 4,230.00 | 0.00 | 4,230.00 | 0.00 |
| OFFICE MAX-TUL MFTC200 | 4/28/2014 | 958.00 | 894.40 | 48.92 | 943.32 | 14.68 |
| CARTE DESK CARBON-CB2 | 4/29/2014 | 1,298.00 | 1,211.40 | 66.05 | 1,277.45 | 20.55 |
| TPS CABINET CARBON-CB2 | 4/29/2014 | 1,385.00 | 1,293.00 | 70.17 | 1,363.17 | 21.83 |
| FURNITURE | 11/26/2010 | 3,926.00 | 3,926.00 | 0.00 | 3,926.00 | 0.00 |
| 5 LAMINATE TABLES | 1/5/2016 | 5,374.38 | 3,212.89 | 265.04 | 3,477.93 | 1,896.45 |
| FRIDGE | 9/30/2017 | 488.59 | 122.62 | 24.10 | 146.72 | 341.87 |
| | | 37,260.97 | 34,491.31 | 474.28 | 34,965.59 | 2,295.38 |
| | | 444,154.57 | 348,668.31 | 2,888.40 | 351,556.71 | 92,597.86 |
| | | 1,788,064.85 | 1,554,354.96 | 44,834.29 | 1,599,189.25 | 188,875.60 |

**4111000  Wholesale Customers - Accounts Receivable**

| Account | Description | Address | Address | ZIP Code | City | Country | Balance from 01/01/2019 to 31/12/2019 : Debit |
|---|---|---|---|---|---|---|---|
| C100001 | FINALE | 254 CEDARBRIDGE AVE | | NJ 08701 | LAKEWOOD | USA | $5,720.00 |
| C90031- | INTERMIX | 1440 BROADWAY | 5TH FLOOR | NY 10018 | NEW YORK | USA | $1,960.00 |
| C90104- | GOLD'S TRIMMING | 4710-13 AVENUE | | NY 11219 | BROOKLYN | USA | -$1,516.00 |
| C90114- | MACY'S | FEDERAL LOGISTICS | 2101 E. KEMPER ROAD | OH 45241 | CINCINNATI | USA | $22,644.00 |
| C90136- | NET-A-PORTER LLC | DC1 UNIT1 - ACCOUNTS PAYABLE | CHARLTON GATE BUSINESS PARK | SE7 7RU | LONDON | UK | -$25,639.56 |
| C90161- | SAKS 5TH AVENUE | PO BOX 20040 | | MS 39289 | JACKSON | USA | -$40,521.78 |
| C90199- | JOAN SHEPP | 1811 CHESNUT STREET | | PA 19103 | PHILADELPHIA | USA | $8,824.00 |
| C90267- | SHOPBOP.COM - BOP LLC | 1245 EAST WASHINGTON AVENUE | SUITE 300 | WI 53703 | MADISON | USA | $56,725.45 |
| C90281- | STANLEY KORSHAK | 500 CRESCENT COURT | SUITE 100 | TX 75201 | DALLAS | USA | $10,152.00 |
| C90299- | SHARIS PLACE | 44 GLEN COVE ROAD | | NY 11548 | GREENVALE | USA | $22,084.00 |
| C90302- | A LINE BOUTIQUE LLC | 2000 S. ACOMA ST | | CO 80223 | DENVER | USA | $3,376.00 |
| C90324- | ESTI'S WORLD OF FASHION INC | 104 A. RT. 59 | | NY 10952 | MONSEY | USA | $11,404.00 |
| C90336- | BLAKE | 212 W CHICAGO AVE | DOMINIC MARCHESCHI | IL 60654 | CHICAGO | USA | $2,656.00 |
| C90341- | THE WEBSTER | 1220 COLLINS AVENUE | ATTN : CHELSEA COLOMBO | FL 33139 | MIAMI | USA | $15,484.00 |
| C90348- | CAPITOL | 4010 SHARON ROAD | | NC 28211 | CHARLOTTE | USA | $4,148.00 |
| C90353- | JUST ONE EYE | 7000 ROMANIE ST. | SUITE 206 | CA 90038 | LOS ANGELES | USA | $18,896.00 |
| C90365- | ZAPPOS | 400 E STEWART AVENUE | | NV 89101 | LAS VEGAS | USA | $27,016.00 |
| C90367- | MERCI | 8730 COUNTRYSIDE PLAZA | SUITE 1 | NE 68114 | OMAHA | USA | $3,604.00 |
| C90369- | ALLORA BY LAURA | 1269 COAST VILLAGE ROAD | | CA 93108 | SANTA BARBARA | USA | $1,520.00 |
| C90372- | BARNEYS INC | ACCOUNTS PAYABLE | PO BOX 422 | NJ 07071 | LYNDHURST | USA | $5,887.72 |
| C90392- | DEJE INC, DBA JIMMY'S | 360 AVENUE U | | NY 11223 | BROOKLYN | USA | $17,524.00 |
| C90393- | MARIS COLLECTIVE | 1507 7TH #88 | | CA 90401 | SANTA MONICA | USA | $13,344.00 |
| C90394- | BERGDORF GOODMAN | 1201 ELM STREET 20TH FLOOR | NEIMAN MARCUS ACCOUNTS PAYABLE | TX 75270 | DALLAS | USA | $4,412.00 |
| C90395- | HOWARD HUGHES CORPORATION | ONE SEAPORT PLAZA | 199 WATER STREET | NY 10038 | NEW YORK | USA | $1,348.00 |
| C90399- | A'MAREES | 2241 WESTCOAST HIGHWAY | | CA 92663 | NEWPORT BEACH | USA | $8,508.00 |
| C90401- | THE CONSERVATORY | 25 HIGHLAND PARK VILLAGE | SUITE 100-320 | TX 75205 | DALLAS | USA | $7,128.00 |
| C93023- | BLOOMINGDALE'S FEDERATED | FEDERAL LOGISTICS A/P | 2101 E. KEMPER ROAD | OH 45241 | CINCINNATI | USA | $13,200.00 |
| C93920- | MODA OPERANDI | 315 HUDSON STREET | FLOOR 5 | NY 10013 | NEW YORK | USA | -$2,980.85 |

| C98441- | CENTURY 21 DEPT STORES | ACCOUNT PAYABLE DEPT | 22 CORTLANDT STREET | NY 10007 | NEW YORK | USA | $135,003.75 |
| C98445- | THE OUTNET.COM | ACCOUNT PAYABLE DEPT | 30-30 47TH AVENUE | NY 11101 | LONG ISLAND CITY | USA | $67,634.00 |
| C999999 | CUSTOMER SUSPENSE | | | | | | -$5,088.06 |
| **4111000** | **Balance Wholesale Customers** | | | | | | **414,456.67** |

**4110000  Retail Customers - Accounts Receivable**

| Account | Description | Balance from 01/01/2019 to 31/12/2019 |
|---------|-------------|----------------------------------------|
| C00007- | CUSTOMERS-PETTY CASH | 3,388.23 |
| C00009- | A/R VISA, MASTER CARD... | -488.86 |
| C003--- | CUSTOMER-GIFT CERTIFICATE | -372.19 |
| C999999 | CUSTOMER SUSPENSE | 10,389.66 |

**4110000  Balance Retail Customers                12,916.84**

**Fill in this information to identify the case:**

Debtor name    **Sonia Rykiel, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

4/16/19  2:14PM

**Fill in this information to identify the case:**

Debtor name     **Sonia Rykiel, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$16,796.00** | **$16,796.00** |

| | |
|---|---|
| **2.1** Priority creditor's name and mailing address<br>**The NYS Commissioner**<br>**of Tax and Finance**<br>**Building 9 W.A. Harriman Cam**<br>**Albany, NY 12227** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**11 E 68 Units A&B**<br>**P.O. Box 4914**<br>**New York, NY 10185** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$103,000.00** |
| Date(s) debt was incurred<br>Last 4 digits of account number **S352** | Basis for the claim:<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**American Express**<br>**P.O. Box 804247**<br>**Chicago, IL 60680-4104** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred<br>Last 4 digits of account number **2009** | Basis for the claim:<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | **Sonia Rykiel, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Amtrust North America**<br>**P.O. Box 6939**<br>**Cleveland, OH 44101-1940**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,173.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Botechnology, LLC**<br>**404 5th Avenue**<br>**3rd Floor**<br>**New York, NY 10018**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,434.31** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Con Edison**<br>**Cooper Station**<br>**P.O. Box 138**<br>**New York, NY 10276-0318**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Deborah A. Nilson & Associates**<br>**10 East 40th St**<br>**Suite 3310**<br>**New York, NY 10016**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,230.48** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Duell Family II**<br>**5 East 57th Street**<br>**New York, NY 10022**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$29,155.42** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Elmo Data Supply Inc.**<br>**P.O. Box 691885**<br>**West Hollywood, CA 90069**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,767.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Federal Express**<br>**P.O. Box 371461**<br>**Pittsburgh, PA 15250-7461**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$315.82** |

| Debtor | **Sonia Rykiel, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,965.00**

**Fenton Model Management**
**207 East 63rd Street**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Francheska Zaide**
**458 62nd Street**
**Long Island City, NY 11120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.50**

**Hallak Cleaners**
**1232 Second Avenue**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.40**

**Hanover Insurance Group**
**P.O. Box 580045**
**Charlotte, NC 28258-0046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hanover Insurance Group**
**440 Lincoln Street**
**Worcester, MA 01653-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/10/2018**

Last 4 digits of account number  **7903**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,295.50**

**IBSDirect**
**36-06 43rd Ave**
**2nd Floor**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Intertrade**
**c/o T65036U**
**P.O. Box 5811**
**Boston, MA 02205-5811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sonia Rykiel, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,450.00** |
|---|---|---|---|
| | **Kazmercyl Melanie** | ☐ Contingent | |
| | **239 E 14th Street 2R** | ☐ Unliquidated | |
| | **New York, NY 10003** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|
| | **Kezie Walla** | ☐ Contingent | |
| | **75 Ralph Avenue Apt 3A** | ☐ Unliquidated | |
| | **Brooklyn, NY 11221** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|
| | **Lineweight Consultants, Inc.** | ☐ Contingent | |
| | **275 Webster Ave** | ☐ Unliquidated | |
| | **Apt 4h** | ☐ Disputed | |
| | **Brooklyn, NY 11230** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$805.68** |
|---|---|---|---|
| | **Liverpool Carting Co. Inc.** | ☐ Contingent | |
| | **5 Bruckner Blvd** | ☐ Unliquidated | |
| | **Bronx, NY 10454** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,200.00** |
|---|---|---|---|
| | **Mazars, LLP** | ☐ Contingent | |
| | **135 West 50th Street** | ☐ Unliquidated | |
| | **New York, NY 10020** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$81.66** |
|---|---|---|---|
| | **Metropolitan Locksmith Inc.** | ☐ Contingent | |
| | **165 7th Ave South** | ☐ Unliquidated | |
| | **New York, NY 10014** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$189.00** |
|---|---|---|---|
| | **National Registered Agents** | ☐ Contingent | |
| | **1660 Walt Whitman Road #140** | ☐ Unliquidated | |
| | **Melville, NY 11747** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Sonia Rykiel, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.98 |
|---|---|---|---|

**Opentext/GXS**
**9177 Washingtonian Blvd**
**Suite 700**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,271.61 |
|---|---|---|---|

**Orsman Design**
**Lighting Refined**
**88 Mariner Drive, Suite 3**
**Southampton, NY 11968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $279.45 |
|---|---|---|---|

**Poilane**
**8 Rue Du Cherche-Midi**
**Paris France 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,965.00 |
|---|---|---|---|

**PTL Events**
**315 W 36th St**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ready Refresh by Nestle**
**#215 6661 Dixie Hwy**
**Suite 4**
**Louisville, KY 40258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $708.00 |
|---|---|---|---|

**Robert Clergerie America, Inc.**
**Rue Pierre Curie**
**BP 69**
**Roman Sur Isere  France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.00 |
|---|---|---|---|

**Simone Studio NY, LLC**
**216 White Plains Road**
**Tuckahoe, NY 10707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sonia Rykiel, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,700,959.93** |
|---|---|---|---|
| | **Sonia Rykiel CDM** <br> **175 Boulevard Saint Germain** <br> **75006 Paris France** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | Basis for the claim: **Inventory Supplied - Trade Debt** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$898,900.75** |
|---|---|---|---|
| | **Sonia Rykiel CDM** <br> **175 Boulevard Saint Germain** <br> **Paris, France** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | Basis for the claim: **Loan from Parent Company** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$409.92** |
|---|---|---|---|
| | **Spectrum Business TWC** <br> **4145 S Falkenburg Rd** <br> **Riverview, FL 33578** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,211.96** |
|---|---|---|---|
| | **Stellae International, Inc.** <br> **50 Marcus Drive** <br> **Melville, NY 11747** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,507.32** |
|---|---|---|---|
| | **Studio Amort Walter** <br> **Via Vintler 1/B** <br> **Bressanone, Italy 39042** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Tactical Electric Inc.** <br> **138 W 25th St** <br> **10th Floor** <br> **New York, NY 10001** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$568.35** |
|---|---|---|---|
| | **Terminix** <br> **P.O. Box 742592** <br> **Cincinnati, OH 45274** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Sonia Rykiel, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.85 |
|---|---|---|
| The Hartford<br>P.O. Box 783690<br>Philadelphia, PA 19178-3690 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,400.00 |
|---|---|---|
| Tomasz Const. Corp.<br>193 Kent Street<br>Brooklyn, NY 11222 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,812.44 |
|---|---|---|
| Travelers<br>Hickey and Hickey Inc.<br>P.O. Box 200<br>Bedford, NY 10506-0200 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/10/2018 | Basis for the claim: _ | |
| Last 4 digits of account number  842G | Is the claim subject to offset? ■ No ☐ Yes | |

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,513.45 |
|---|---|---|
| USPS Supply Chain Solutions In<br>28013 Network Place<br>Chicago, IL 60673-1280 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.74 |
|---|---|---|
| Verizon<br>PO Box 4833<br>Trenton, NJ 08650-4833 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,728.02 |
|---|---|---|
| Worldnet Intl<br>147-40 184th St<br>Springfield Gardens, NY 11413 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **City of New York Law Dept.**<br>**Assistant Corporate Counsel**<br>**100 Church Street, Room 5-223**<br>**New York, NY 10007-2668** | Line  **2.1**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Sonia Rykiel, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Commissioner of Taxation and F AR Receivables PO Box 4137 Binghamton, NY 13902-4137** | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.3 | **Department of Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Morstan General Agency P.O. Box 4500 Manhasset, NY 11030** | Line **3.14** ☐ Not listed. Explain ____ | **7903** |
| 4.5 | **New York City Dept. of Finance Taxpayer Identification Unit 25 Elm Place, 3rd Floor Brooklyn, NY 11201-5355** | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.6 | **NYC Department fo Finance PO Box 5100 Kingston, NY 12402-5100** | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.7 | **NYS AR Levy Receivables PO Box 4137 Binghamton   13902-4137** | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.8 | **NYS Corporation Tax NYS Estimated Corporatio Tax PO Box 22109 Albany, NY 12201-2109** | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.9 | **NYS Dept of Tax & Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300** | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.10 | **State of NY Dept of Labor Unemployment Insurance Div. Gov. W. Averall Harrison State Albany, NY 12240-0001** | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.11 | **The NYS Commissioner of Tax and Finance Building 9 W.A. Harriman Cam Albany, NY 12227** | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.12 | **Travelers One Tower Square Hartford, CT 06183** | Line **3.40** ☐ Not listed. Explain ____ | **842G** |
| 4.13 | **U.S. Attorney's Office S.D.N.Y Attn: Tax & Bankruptcy Unit 86 Chambers Street, Third Floo New York, NY 10007-1825** | Line **2.1** ☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| Debtor | **Sonia Rykiel, Inc.** | | Case number (if known) | |
|--------|------------------------|--|------------------------|--|
| | Name | | | |

| | | Total of claim amounts | |
|--|--|--|--|
| **5a. Total claims from Part 1** | 5a. | $ | 16,796.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 11,838,042.54 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 11,854,838.54 |

| Fill in this information to identify the case: |
|---|
| Debtor name    **Sonia Rykiel, Inc.** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **NYC Madison Store lease** | |
| | State the term remaining | **21 months** | **11 E 68  Unit AB Owners LLC** |
| | List the contract number of any government contract | | **546 5th Avenue** |
| | | | **Albany, NY 12204** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
| | State the term remaining | | **Avaya Financial** |
| | List the contract number of any government contract | | **4655 Great America Parkway** |
| | | | **Santa Clara, CA 95054-1233** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
| | State the term remaining | | **Bloomingdale's Inc.** |
| | | | **Attn: Chief Financial Officer** |
| | List the contract number of any government contract | | **1000 Third AVenue** |
| | | | **New York, NY 10022** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **License contract (shop in shop) - Bloomingdales New York - 59th Street and Bloomingdales, Chestnut Hill, Massachusetts** | |
| | State the term remaining | **1 year** | **Bloomingdales Inc.** |
| | List the contract number of any government contract | | **1000 3rd Ave** |
| | | | **New York, NY 10022** |

Debtor 1  **Sonia Rykiel, Inc.**
First Name        Middle Name        Last Name        Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Sublessor**

State the term remaining

List the contract number of any government contract

British Heritage Brands, Inc.
c/o Capital Mgmt - Attn: CEO
725 Fifth Avenue, 23rd Floor
New York, NY 10022

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Sublessor**

State the term remaining

List the contract number of any government contract

British Heritage Brands, Inc.
Attn Mr. Adrian Ramos
725 Fifth Avenue, 23rd Floor
New York, NY 10022

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Debora A. Nilson & Associates
Attn: Deborah A. Nilson Esq.
10 East 40th St, Suite 3310
New York, NY 10016

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **NYC Office lease**

State the term remaining — **63 months**

List the contract number of any government contract

Duel, LLC, NYC US
5 E 57th Street #10
New York, NY 10022

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **License Agreement**

State the term remaining

List the contract number of any government contract

Macys
attn: General counsel
7 West 7th St
Cincinnati, OH 45202

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Landlord was changed to 11 E 68 Unit AB Owner LLC, but also noticing above**

State the term remaining

Myron Altschuler, Esq.
Borah Goldstein  et al.
377 Broadway, 6th Fl
New York, NY 10013

4/16/19 2:14PM

| Debtor 1 | **Sonia Rykiel, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## ■ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| List the contract number of any government contract | _____ |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Pryor Cashman LLP** |
| | | **Attn Brad D. Rose Esq.** |
| | List the contract number of any government contract | **7 Times Square** |
| | | **New York, NY 10036** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Ricoh USA** |
| | List the contract number of any government contract | **45 Liberty Blvd.** |
| | | **Parkesburg, PA 19365** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Licenses |
|---|---|---|
| | State the term remaining | **Sonia Rykiel** |
| | List the contract number of any government contract | **11, rue dugay trouin** |
| | | **75006 Paris France** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Sublessee |
|---|---|---|
| | State the term remaining | **Sonia Rykiel Inc.** |
| | | **Attn: Nathan Levy, Manag. Dir.** |
| | List the contract number of any government contract | **5 East 57th St, 14th Floor** |
| | | **New York, NY 10022** |

4/16/19 2:14PM

**Fill in this information to identify the case:**

Debtor name    **Sonia Rykiel, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| | Street | | |
| | City          State          Zip Code | | |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| | Street | | |
| | City          State          Zip Code | | |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| | Street | | |
| | City          State          Zip Code | | |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| | Street | | |
| | City          State          Zip Code | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **Sonia Rykiel, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$405,477.00** |
| **For prior year:** From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$4,245,823.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

---

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1.    **See Attached Schedule of Transfers** | | **$779,411.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

| Debtor | **Sonia Rykiel, Inc.** | Case number *(if known)* | |
|--------|------------------------|--------------------------|--|

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|-------------------------------------------------------|-------|-----------------------|---------------------------------|

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|-----------------------------|--------------------------|------|-------------------|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|-----------------------------|-----------------------------------------|-----------------------|--------|

## Part 3:   Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---------------------------|----------------|------------------------------------|----------------|

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

## Part 5:   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Sonia Rykiel, Inc.**                                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | | | |

| **Part 6:** | **Certain Payments or Transfers** |
| --- | --- |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |
| | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |
| | | | |

| **Part 7:** | **Previous Locations** |
| --- | --- |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |
| | |

| **Part 8:** | **Health Care Bankruptcies** |
| --- | --- |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

| **Part 9:** | **Personally Identifiable Information** |
| --- | --- |

Debtor    **Sonia Rykiel, Inc.**                                                                    Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **STELLAE**<br>**50 Marcus Drive**<br>**Melville, NY 11747** | **Stephane Raymond** | **Finished goods in storage or warehouse.** | ☐ No<br>☑ Yes |
| **Public Storage**<br>**41-02 Northern Blvd**<br>**Unit 1044**<br>**Long Island City, NY 11101** | **Stephane Raymond** | | ☐ No<br>☑ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor    **Sonia Rykiel, Inc.**                                              Case number *(if known)*

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **MAZARS USA LLP** **135 West 50th Street** **New York, NY 10020** | **April 2017 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

---

Debtor    **Sonia Rykiel, Inc.**                                                              Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **MAZARS USA LLP**<br>**135 W. 50th Street**<br>**New York, NY 10020** | **April 2017 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sonia Rykiel CDM** | **175 Boulevard Saint Germain Paris France** | **Sonia Rykiel Creation et Diffusion de Modeles (C.D.M.) S.A. -Sole Shareholder** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Pieter Oosting** | **175 Boulevard Saint Germain Paris France** | **President and Treasurer** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Stephane Raymond** | **175 Boulevard Saint Germain Paris, FR** | **Vice President** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Deborah A. Nilson** | **10 East 40th Street Suite 3310 New York, NY 10016** | **Secretary** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

Debtor    **Sonia Rykiel, Inc.** _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Eric Langon | 175 Boulevard Saint Gremain Paris, France | Former President | September 1, 2012 to July 18, 2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 16, 2019** _____

**/s/ Pieter Oosting** _____          **Pieter Oosting** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
■ Yes

| Schedule of Payments Made in 90 Days | | | |
|---|---|---|---|
| Date | Description | Currency | Payments |
| 1/16/2019 | BANKCARD RETAIL 01/15/2019 | USD | $76.21 |
| 1/16/2019 | COMMUTER PAYMENT | USD | $898.00 |
| 1/16/2019 | OXFORD PAYMENT | USD | $6,784.01 |
| 1/16/2019 | PMT PAYROLL EXPES 01.16.2019 | USD | $42,681.05 |
| 1/18/2019 | BANKCARD RETAIL 1/17/2019 | USD | $493.20 |
| 1/22/2019 | READY REFRESH PAYMENT | USD | $55.97 |
| 1/22/2019 | CONEDISON PAYMENT | USD | $432.40 |
| 1/25/2019 | MONTHLY SHORTFALL FEE 01.19 | USD | $114.57 |
| 1/25/2019 | AVAYA FINANCIAL PAYMENT | USD | $456.82 |
| 1/25/2019 | BANKCARD RETAIL 1/24/2019 | USD | $1,055.00 |
| 1/28/2019 | MICROSOFT PAYMENTS | USD | $252.06 |
| 1/28/2019 | CONEDISON PAYMENT | USD | $1,041.31 |
| 1/29/2019 | AMEX PMT 01.2019 | USD | $50,460.34 |
| 1/30/2019 | VERIZON PAYMENT | USD | $239.56 |
| 1/30/2019 | PMT PAYROLL EXPES 01.30.2019 | USD | $37,493.00 |
| 1/31/2019 | GLOBAL CAPACITY PAYMENT | USD | $328.53 |
| 1/31/2019 | DEPOSIT CHECK | USD | $103,000.00 |
| 2/4/2019 | CC FEES FOR WHOLESALES CLIENTS | USD | $8.20 |
| 2/4/2019 | VERIZON PAYMENT | USD | $429.43 |
| 2/4/2019 | CC FEES FOR MADISON STORE | USD | $2,117.87 |
| 2/4/2019 | DEPOSIT CHECK | USD | $5,000.00 |
| 2/4/2019 | DEPOSIT CHECKS | USD | $56,807.02 |
| 2/5/2019 | DEPOSIT CHECK | USD | $381.91 |
| 2/5/2019 | CC FEES FOR WHOLESALES CLIENT | USD | $516.66 |
| 2/7/2019 | BANKCARD RETIAL 02/06/2019 | USD | $544.38 |
| 2/8/2019 | BANKCARD RETAIL 02/07/2019 | USD | $1,077.86 |
| 2/12/2019 | READY REFRESH PAYMENT | USD | $153.29 |
| 2/12/2019 | SPECTRUM PAYMENT | USD | $214.94 |
| 2/12/2019 | TRAVELER PAYMENT | USD | $1,906.22 |
| 2/12/2019 | DEPOSTI CHECK | USD | $14,577.71 |
| 2/13/2019 | PMT PAYROLL EXPES 02.13.2019 | USD | $43,204.17 |
| 2/14/2019 | SPECTRUM PAYMENT | USD | $189.98 |
| 2/14/2019 | DEPOSIT CHECK | USD | $500.00 |
| 2/14/2019 | KEZIE WALLA PAYMENT | USD | $750.00 |
| 2/14/2019 | RICOH LEASE PAYMENT | USD | $2,418.29 |
| 2/15/2019 | GUARDIAN PAYMENT | USD | $675.71 |
| 2/15/2019 | COMMUTER PAYMENT | USD | $898.00 |
| 2/20/2019 | READY REFRESH PAYMENT | USD | $80.98 |
| 2/20/2019 | DEPOSIT CHECK | USD | $400.00 |
| 2/20/2019 | DEPOSIT CHECK | USD | $2,075.00 |
| 2/20/2019 | BROADVIEW PAYMENT | USD | $2,784.65 |
| 2/21/2019 | GLOBAL CAPACITY PAYMENT | USD | $328.53 |
| 2/21/2019 | DEPOSIT CHECK | USD | $2,200.00 |

| 2/25/2019 | MICROSOFT EXPES 02.2019 | USD | $252.06 |
| 2/25/2019 | AVAYA PAYMENTS | USD | $456.82 |
| 2/25/2019 | BARNEYS BOUNCED BACK CHECK | USD | $60,692.20 |
| 2/26/2019 | BALANCE SHORTFALL FEE | USD | $126.64 |
| 2/26/2019 | AMEX PMT 02.2019 - VERA & AIDA | USD | $4,561.60 |
| 2/27/2019 | CONEDISON PAYMENT | USD | $1,287.96 |
| 2/27/2019 | BANKCARD RETAIL 02/26/2019 | USD | $4,235.24 |
| 2/27/2019 | PMT PAYROLL EXPES 02.27.2019 | USD | $36,381.16 |
| 2/28/2019 | DEPOSIT CHECK | USD | $1,208.60 |
| 3/1/2019 | DEPOSIT CHECKS | USD | $136,749.33 |
| 3/4/2019 | WHOLESALES CC FEES | USD | $8.30 |
| 3/4/2019 | DEPOSIT CHECK | USD | $105.00 |
| 3/4/2019 | VERIZON PAYMENT | USD | $292.77 |
| 3/4/2019 | MADISON STORE CC FEES | USD | $1,341.68 |
| 3/4/2019 | BANKCARD RETAIL 03.03.2019 | USD | $1,785.55 |
| 3/4/2019 | OXFORD PAYMENT | USD | $7,495.31 |
| 3/5/2019 | WHOLESALES CC FEES | USD | $455.85 |
| 3/6/2019 | VERIZON PAYMENT | USD | $423.29 |
| 3/6/2019 | DEPOSTI CHECK | USD | $1,178.00 |
| 3/12/2019 | READY REFRESH PAYMENT | USD | $86.45 |
| 3/12/2019 | SPECTRUM PAYMENT | USD | $214.94 |
| 3/12/2019 | TRAVELER PAYMENT | USD | $1,906.22 |
| 3/13/2019 | PMT PAYROLL EXPES 03.13.2019 | USD | $38,621.19 |
| 3/14/2019 | SPECTRUM PAYMENT | USD | $194.98 |
| 3/15/2019 | 2019 ADVANCE TAX PAYMENT - NYS | USD | $481.00 |
| 3/15/2019 | BROADVIEW PAYMENT | USD | $591.97 |
| 3/15/2019 | GUARDIAN PAYMENT | USD | $675.71 |
| 3/15/2019 | COMMUTER CHECK PAYMENT | USD | $898.00 |
| 3/15/2019 | DEPOSIT CHECK | USD | $4,975.00 |
| 3/18/2019 | 2019 ADVANCE TAX PAYMENT - NYC | USD | $375.00 |
| 3/19/2019 | READY REFRESH PAYMENT | USD | $85.33 |
| 3/19/2019 | 2019 Q1 SALES TAX | USD | $16,056.16 |
| 3/22/2019 | CONEDISON PAYMENT | USD | $278.87 |
| 3/25/2019 | BANK BALANCE SHORTFALL FEE 03.2019 | USD | $152.71 |
| 3/25/2019 | AVAYA PAYMENT | USD | $456.82 |
| 3/25/2019 | DEPOSIT CHECK | USD | $1,180.00 |
| 3/26/2019 | PMT PAYROLL EXPES 03.26.2019 | USD | $35,352.74 |
| 3/27/2019 | MICROSOFT EXPES 03.2019 | USD | $21.78 |
| 3/27/2019 | MICROSOFT EXPES 03.2019 | USD | $95.27 |
| 3/27/2019 | MICROSOFT EXPES 03.2019 | USD | $135.01 |
| 3/27/2019 | DGA PAYMENT | USD | $220.21 |
| 3/27/2019 | DGA PAYMENT | USD | $499.86 |
| 3/27/2019 | DEPOSIT CHECK | USD | $11,231.71 |
| 3/28/2019 | CONEDISON PAYMENT | USD | $726.49 |
| 3/29/2019 | BANKCARD RETAIL 03.28.2019 | USD | $740.00 |
| 4/1/2019 | VERIZON PAYMENT | USD | $238.99 |
| 4/2/2019 | WHOLESALES CC FEE | USD | $8.20 |

| 4/2/2019 | GLOBAL CAPACITY PAYMENT | USD | $328.53 |
|----------|-------------------------|-----|---------|
| 4/2/2019 | OXFORD PAYMENT | USD | $873.63 |
| 4/2/2019 | MADISON STORE CC FEE | USD | $1,976.38 |
| 4/2/2019 | DEPOSIT CHECK | USD | $6,000.00 |
| 4/2/2019 | OXFORD PAYMENT | USD | $7,495.31 |
| 4/3/2019 | BANKCARD RETAIL 04.02.2019 | USD | $15.00 |
| 4/3/2019 | VERIZON PAYMENT | USD | $303.56 |
| 4/3/2019 | WHOLESALES CC FEES | USD | $778.24 |

**Total**                                   **$779,411.45**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re    **Sonia Rykiel, Inc.**                                            Case No. _____

_____
                                    Debtor(s)                             Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 30,000.00 |
| Prior to the filing of this statement I have received | $ | 30,000.00 |
| Balance Due | $ | 0.00 |

2.    $ **335.00**  of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ☐ Debtor    ■ Other (specify):    **Sonia Rykiel CDM**

4.    The source of compensation to be paid to me is:

      ☐ Debtor    ■ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation in any dischargeability actions, adversary proceedings, contested matters, motions for relief from
      automatic stay actions, motions to avoid judicial liens or similar matters, non-routine matters,  or any other
      unusual, unexpected or extraordinary work.**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **April 16, 2019** | **/s/ Kathleen M. Aiello** |
| *Date* | **Kathleen M. Aiello** |
| | *Signature of Attorney* |
| | **Fox Rothschild LLP** |
| | **101 Park Avenue** |
| | **Suite 1700** |
| | **New York, NY 10178** |
| | **(212) 878-7900   Fax: (212) 692-0940** |
| | **kaiello@foxrothschild.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Southern District of New York

In re   **Sonia Rykiel, Inc.** _____

                              Debtor(s)

Case No. _____

Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 16, 2019** _____

                       **/s/ Pieter Oosting** _____

                       **Pieter Oosting/President**
                       Signer/Title

11 E 68  UNIT AB OWNERS LLC
546 5TH AVENUE
ALBANY, NY 12204


11 E 68 UNITS A&B
P.O. BOX 4914
NEW YORK, NY 10185


AMERICAN EXPRESS
P.O. BOX 804247
CHICAGO, IL 60680-4104


AMTRUST NORTH AMERICA
P.O. BOX 6939
CLEVELAND, OH 44101-1940


AVAYA FINANCIAL
4655 GREAT AMERICA PARKWAY
SANTA CLARA, CA 95054-1233


BLOOMINGDALE'S INC.
ATTN: CHIEF FINANCIAL OFFICER
1000 THIRD AVENUE
NEW YORK, NY 10022


BLOOMINGDALES INC.
1000 3RD AVE
NEW YORK, NY 10022


BOTECHNOLOGY, LLC
404 5TH AVENUE
3RD FLOOR
NEW YORK, NY 10018


BRITISH HERITAGE BRANDS, INC.
C/O CAPITAL MGMT - ATTN: CEO
725 FIFTH AVENUE, 23RD FLOOR
NEW YORK, NY 10022


BRITISH HERITAGE BRANDS, INC.
ATTN MR. ADRIAN RAMOS
725 FIFTH AVENUE, 23RD FLOOR
NEW YORK, NY 10022

CITY OF NEW YORK LAW DEPT.
ASSISTANT CORPORATE COUNSEL
100 CHURCH STREET, ROOM 5-223
NEW YORK, NY 10007-2668


COMMISSIONER OF TAXATION AND F
AR RECEIVABLES
PO BOX 4137
BINGHAMTON, NY 13902-4137


CON EDISON
COOPER STATION
P.O. BOX 138
NEW YORK, NY 10276-0318


DEBORA A. NILSON & ASSOCIATES
ATTN: DEBORAH A. NILSON ESQ.
10 EAST 40TH ST, SUITE 3310
NEW YORK, NY 10016


DEBORAH A. NILSON & ASSOCIATES
10 EAST 40TH ST
SUITE 3310
NEW YORK, NY 10016


DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


DUEL, LLC, NYC US
5 E 57TH STREET #10
NEW YORK, NY 10022


DUELL FAMILY II
5 EAST 57TH STREET
NEW YORK, NY 10022


ELMO DATA SUPPLY INC.
P.O. BOX 691885
WEST HOLLYWOOD, CA 90069


FEDERAL EXPRESS
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

FENTON MODEL MANAGEMENT
207 EAST 63RD STREET
NEW YORK, NY 10018


FRANCHESKA ZAIDE
458 62ND STREET
LONG ISLAND CITY, NY 11120


HALLAK CLEANERS
1232 SECOND AVENUE
NEW YORK, NY 10065


HANOVER INSURANCE GROUP
P.O. BOX 580045
CHARLOTTE, NC 28258-0046


HANOVER INSURANCE GROUP
440 LINCOLN STREET
WORCESTER, MA 01653-0002


IBSDIRECT
36-06 43RD AVE
2ND FLOOR
LONG ISLAND CITY, NY 11101


INTERTRADE
C/O T65036U
P.O. BOX 5811
BOSTON, MA 02205-5811


KAZMERCYL MELANIE
239 E 14TH STREET 2R
NEW YORK, NY 10003


KEZIE WALLA
75 RALPH AVENUE APT 3A
BROOKLYN, NY 11221


LINEWEIGHT CONSULTANTS, INC.
275 WEBSTER AVE
APT 4H
BROOKLYN, NY 11230

LIVERPOOL CARTING CO. INC.
5 BRUCKNER BLVD
BRONX, NY 10454


MACYS
ATTN: GENERAL COUNSEL
7 WEST 7TH ST
CINCINNATI, OH 45202


MAZARS, LLP
135 WEST 50TH STREET
NEW YORK, NY 10020


METROPOLITAN LOCKSMITH INC.
165 7TH AVE SOUTH
NEW YORK, NY 10014


MORSTAN GENERAL AGENCY
P.O. BOX 4500
MANHASSET, NY 11030


MYRON ALTSCHULER, ESQ.
BORAH GOLDSTEIN  ET AL.
377 BROADWAY, 6TH FL
NEW YORK, NY 10013


NATIONAL REGISTERED AGENTS
1660 WALT WHITMAN ROAD #140
MELVILLE, NY 11747


NEW YORK CITY DEPT. OF FINANCE
TAXPAYER IDENTIFICATION UNIT
25 ELM PLACE, 3RD FLOOR
BROOKLYN, NY 11201-5355


NYC DEPARTMENT FO FINANCE
PO BOX 5100
KINGSTON, NY 12402-5100


NYS AR LEVY RECEIVABLES
PO BOX 4137
BINGHAMTON 13902-4137

NYS CORPORATION TAX
NYS ESTIMATED CORPORATIO TAX
PO BOX 22109
ALBANY, NY 12201-2109


NYS DEPT OF TAX & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300


OPENTEXT/GXS
9177 WASHINGTONIAN BLVD
SUITE 700
GAITHERSBURG, MD 20878


ORSMAN DESIGN
LIGHTING REFINED
88 MARINER DRIVE, SUITE 3
SOUTHAMPTON, NY 11968


POILANE
8 RUE DU CHERCHE-MIDI
PARIS FRANCE 75006


PRYOR CASHMAN LLP
ATTN BRAD D. ROSE ESQ.
7 TIMES SQUARE
NEW YORK, NY 10036


PTL EVENTS
315 W 36TH ST
NEW YORK, NY 10018


READY REFRESH BY NESTLE
#215 6661 DIXIE HWY
SUITE 4
LOUISVILLE, KY 40258


RICOH USA
45 LIBERTY BLVD.
PARKESBURG, PA 19365


ROBERT CLERGERIE AMERICA, INC.
RUE PIERRE CURIE
BP 69
ROMAN SUR ISERE   FRANCE

SIMONE STUDIO NY, LLC
216 WHITE PLAINS ROAD
TUCKAHOE, NY 10707


SONIA RYKIEL
11, RUE DUGAY TROUIN
75006 PARIS FRANCE


SONIA RYKIEL CDM
175 BOULEVARD SAINT GERMAIN
75006 PARIS FRANCE


SONIA RYKIEL CDM
175 BOULEVARD SAINT GERMAIN
PARIS, FRANCE


SONIA RYKIEL INC.
ATTN: NATHAN LEVY, MANAG. DIR.
5 EAST 57TH ST, 14TH FLOOR
NEW YORK, NY 10022


SPECTRUM BUSINESS TWC
4145 S FALKENBURG RD
RIVERVIEW, FL 33578


STATE OF NY DEPT OF LABOR
UNEMPLOYMENT INSURANCE DIV.
GOV. W. AVERALL HARRISON STATE
ALBANY, NY 12240-0001


STELLAE INTERNATIONAL, INC.
50 MARCUS DRIVE
MELVILLE, NY 11747


STUDIO AMORT WALTER
VIA VINTLER 1/B
BRESSANONE, ITALY 39042


TACTICAL ELECTRIC INC.
138 W 25TH ST
10TH FLOOR
NEW YORK, NY 10001

```
TERMINIX
P.O. BOX 742592
CINCINNATI, OH 45274


THE HARTFORD
P.O. BOX 783690
PHILADELPHIA, PA 19178-3690


THE NYS COMMISSIONER
OF TAX AND FINANCE
BUILDING 9 W.A. HARRIMAN CAM
ALBANY, NY 12227


TOMASZ CONST. CORP.
193 KENT STREET
BROOKLYN, NY 11222


TRAVELERS
HICKEY AND HICKEY INC.
P.O. BOX 200
BEDFORD, NY 10506-0200


TRAVELERS
ONE TOWER SQUARE
HARTFORD, CT 06183


U.S. ATTORNEY'S OFFICE S.D.N.Y
ATTN: TAX & BANKRUPTCY UNIT
86 CHAMBERS STREET, THIRD FLOO
NEW YORK, NY 10007-1825


USPS SUPPLY CHAIN SOLUTIONS IN
28013 NETWORK PLACE
CHICAGO, IL 60673-1280


VERIZON
PO BOX 4833
TRENTON, NJ 08650-4833


WORLDNET INTL
147-40 184TH ST
SPRINGFIELD GARDENS, NY 11413
```

# United States Bankruptcy Court
## Southern District of New York

In re    **Sonia Rykiel, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Sonia Rykiel, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 16, 2019**

Date

**/s/ Kathleen M. Aiello**
**Kathleen M. Aiello**
Signature of Attorney or Litigant
Counsel for    **Sonia Rykiel, Inc.**
**Fox Rothschild LLP**
**101 Park Avenue**
**Suite 1700**
**New York, NY 10178**
**(212) 878-7900 Fax:(212) 692-0940**
**kaiello@foxrothschild.com**